# EXHIBIT D



MENU

A Better You

# SEMAGLUTIDE: THE FDA APPROVED WEIGHT LOSS INJECTIONS WE'VE ALL BEEN WAITING FOR

**by** *Jenna Kopec* **on** *Mar 2, 2022 11:50:02 AM*

Post        Share        Share 0



Did you know that approximately 70 percent of Americans struggle with obesity or are considered medically overweight? The obesity epidemic is one that healthcare professionals have been trying to address for years in order to help individuals lead healthy and fulfilling lives.

While there are some areas of progress, many people still find it difficult to lose weight and keep it off in order to maintain their health. That's why so many end up trying multiple different weight management programs throughout their lifetime. Thankfully, there are new solutions that can help individuals on their weight loss journeys, such as the recently FDA-approved use of semaglutide.

However, in order to understand whether or not a weight-loss treatment may be right for you, you first have to understand the causes and risks of obesity.

## What is leading to the obesity struggle for so many individuals?

If you are someone who is struggling with weight loss, you are not alone. Part of the reason that weight has become such an epidemic in this modern society is that there is a combination of environmental and physiological factors at play.

Genetics certainly play a part in where an individual holds fat and how fast their metabolism is. Therefore, if an individual has many family members who are overweight, it is more likely for that person to be overweight as well. For women, pregnancy and childbirth can lead to weight gain. Many women struggle to lose this weight after childbirth and sometimes this leads to being considered overweight or obese. Additionally, certain health conditions may make it more likely for a person to be overweight.

Environmental factors can also impact whether or not a person struggles with obesity. The foods that a person eats growing up as well as their current diet can play a significant role in their weight. Likewise, whether or not you have access to a place where you can safely exercise may impact your weight.

Finally, the sedentary lifestyle that is common for so many of us with office jobs exaggerates all of these other factors. This is likely a huge contributor to the weight and obesity problem in the United States.

## What are the health risks associated with obesity?

Unfortunately, weight loss is important for more than just aesthetic reasons. Being obese poses serious risks to your health.

Being overweight can stunt your body's response to insulin, making it resistant and spiking your blood sugar. Ultimately, this resistance to insulin can lead to diabetes. Moreover, obesity is directly linked to hypertension (high blood pressure) and high cholesterol which both wreak havoc on the heart. Individuals who are obese are more likely to have heart disease, sleep apnea, and fatty liver disease.

Because obesity poses such serious health threats, it's important to understand what options there are for non-surgical weight loss.

## What options are there for weight loss?



Although diet and exercise are important tools toward losing weight, many people find that they need additional assistance in order to lose weight and keep it off. When trying to develop a weight management program, many individuals chose to opt for a treatment program to help their body break down fat in a way that is non-invasive and pain-free.

Some of these kinds of weight loss treatments include:

- Lipotropic Injections: to help burn fat and stimulate metabolism.

- Nutrient IV Therapy: to help supplement important nutrients that help provide your body with the tools that it needs to burn fat on its own.

Unfortunately, the Food and Drug Administration (FDA) hasn't approved new treatments that could be added to weight loss programs since 2014. That was until the recent approval of semaglutide injections.

## What is the FDA-approved semaglutide treatment?

Semaglutide is a drug that is injected under the skin in order to help regulate the hormones in the body that regulate appetite and food intake. The treatment was originally developed to help individuals with Type 2 diabetes but has recently been approved by the FDA to help with weight management for those with existing conditions related to their weight.

Semaglutide works by mimicking the specific hormone glucagon-like peptide-1 to limit appetite. The treatment is increased over a period of weeks in order to get the best results and minimize negative reactions.

## What are the benefits of semaglutide injections?

The approval of semaglutide is great news for those who have been struggling with weight loss. For one, injections are only given once a week, which makes this treatment far more tolerable and attainable than treatments of the past.

Moreover, the treatment has been shown to be effective in clinical trials. What's most exciting about the treatment, is that it can help patients pass the 10 percent weight loss threshold that is needed to counteract the health risks that are posed by obesity. This has been a huge barrier for prior medications which could help individuals lose weight — but not the amount of weight needed to see heath benefits. This is the first medication of its kind that is consistently showing results where it matters most.

## How can I move forward with the treatment in my weight loss program?

If you are ready to move forward with a weight management program that works for you, it may be time to set up a consultation at any of our Liquivida locations. Our wellness experts can help you determine what treatment will best suit your needs and how to get started. This includes semaglutide injections!

# Book Your Appointment Now!



# COMMENTS

**Mime Green** 6/18/2024, 4:07:22 PM

I want to lose 30 lbs by December

Reply to *Mime Green*

**Liquivida®** 6/18/2024, 4:45:00 PM

That's an incredible goal, Mime! Our team will connect with you to see how we can help you achieve it.

Reply to *Liquivida®*

By clicking confirm, you agree that the phone number you are providing may be used to contact you by Liquivida® (including auto-dialed/auto-selected and prerecorded calls or text/SMS messages) regarding Liquivida's products and services. Msg. and data rates apply. Your consent to such contact is not required for purchase and you may opt out of text messages at any time by texting STOP.

protected by reCAPTCHA
Privacy - Terms

SUBMIT COMMENT

## Sign Up for Blog Updates

By clicking confirm, you agree that the phone number you are providing may be used to contact you by Liquivida® (including auto-dialed/auto-selected and prerecorded calls or text/SMS messages) regarding Liquivida's products and services. Msg. and data rates apply. Your consent to such contact is not required for purchase and you may opt out of text messages at any time by texting STOP.

SUBSCRIBE

## Recent Posts

| Hot Tips for a Cool Summer Body

| From Aging Worries to Ageless Living: The NOVOS Boost Approach

| Choosing Between Semaglutide and Tirzepatide: Which is Right for You?

| Sunny Days, Healthy Ways: NOVOS Core for Skin, Hydration, and Vitality





**THIS POST WAS WRITTEN BY JENNA KOPEC**

**RELATED POSTS**



SEMAGLUTIDE the FDA Approved Weight Loss Program

# 1 (844) LIV-2-100
## 1 (844) 548-2-100

 

About
Press
FAQs
Careers
Executive Team
Medical Team
Company Directory
Vitamin Drips
Long-Term Health
Slow Down Aging
Athletic Performance
Mental Focus
Fight Sickness
Beat a Hangover
Lighten your Skin
Detoxify your Body
Feel Sharper
Age Management
Energy Boosters
Facial Care
Glutathione
Hair Growth
HRT
Lab Testing
Microdermabrasion
Microneedling
Facials
Vitamin D3
Weight Loss
Locations
Fort Lauderdale
Pembroke Pines
Coral Springs
Palm Beach Gardens
Naples
Downtown Ft. Lauderdale
Aventura
South Rim
Phoenix
Marlboro
Middletown
Princeton
Ridgewood
Sarasota

Miami - Brickell
Phoenix - Gonstead
Milford

REQUEST A SESSION

© 2024 Liquivida

[Privacy Policy](#) | [Terms & Conditions](#) | [Site Map](#)



## A Better You

# CHOOSING BETWEEN SEMAGLUTIDE AND TIRZEPATIDE: WHICH IS RIGHT FOR YOU?

**by** *Liquivida®* **on** *Aug 6, 2024 9:30:00 AM*

Post          Share       Share 8



9/6/24, 1:23 PM                    Choosing between Semaglutide and Tirzepatide: Which is Right for You?

Case 0:24-cv-61653-RS   Document 1-4   Entered on FLSD Docket 09/06/2024   Page 13 of 32

Weight loss is viewed by many as a frustrating cycle of diets and exercise. If you feel like the traditional methods don't quite work and you think, "There's got to be a better way," you're not alone.

Science-backed data agrees with you and supports you by viewing your weight loss as a journey that offers results, not frustration.

Meet Semaglutide and Tirzepatide: two game-changing medications shaking up how we approach weight management. These drugs aren't just the next trend; they represent a significant leap forward in our understanding of how to achieve and maintain a healthy weight.

Suppose you're struggling with obesity and looking for a more effective way to manage your weight. In that case, this comparative analysis of Semaglutide and Tirzepatide will help guide you through the options, benefits, and considerations to help you make an informed decision on your weight loss journey under the guidance of a licensed medical professional.

# Understanding GLP-1 Agonists

GLP-1 agonists, or glucagon-like peptide-1 receptor agonists, are a class of medications that mimic the action of the GLP-1 hormone, which increases insulin secretion, suppresses glucagon release, and slows gastric emptying. These effects help regulate blood sugar levels and promote weight loss.

# Understanding Semaglutide

Semaglutide, marketed under names like Ozempic and Wegovy, is a glucagon-like peptide-1 (GLP-1) receptor agonist that has been primarily used to manage type 2 diabetes. However, its potential for weight loss became evident through various studies. Semaglutide works by mimicking the GLP-1 hormone, which regulates appetite and food intake. By enhancing the feeling of fullness and reducing hunger, it helps individuals consume fewer calories.

## Benefits of Semaglutide:

> **Proven Efficacy:** Clinical trials have shown that Semaglutide can lead to significant weight loss, with some studies reporting an average loss of 15% of body weight.

> **Appetite Control:** The medication effectively reduces appetite, making it easier for individuals to adhere to a calorie-restricted diet.

> **Improved Metabolic Health:** Semaglutide not only aids in weight loss but also improves blood sugar control, reducing the risk of diabetes-related complications.

## Side Effects:

1. Common side effects include nausea, vomiting, and gastrointestinal discomfort, which may diminish over time but can be challenging for some patients.

# Exploring Tirzepatide

Tirzepatide, known by brand names such as Mounjaro and Zepbound, is a dual glucose-dependent insulinotropic polypeptide (GIP) and GLP-1 receptor agonist. This unique mechanism of action sets Tirzepatide apart, as it targets two key pathways involved in glucose regulation and appetite control. Initially developed for type 2 diabetes, Tirzepatide has shown remarkable potential for weight loss.

# Benefits of Tirzepatide

**Dual Action:** By targeting both GIP and GLP-1 receptors, Tirzepatide may offer enhanced weight loss and glucose control compared to medications that only target one pathway.

**Significant Weight Loss:** Clinical trials have demonstrated that Tirzepatide can lead to even greater weight loss than Semaglutide, with some studies reporting an average loss of 20% of body weight.

**Metabolic Improvements:** Similar to Semaglutide, Tirzepatide also improves metabolic health, reducing the risk of diabetes and cardiovascular diseases.

## Side Effects

1. Tirzepatide shares similar side effects with Semaglutide, including gastrointestinal issues, though many report significantly less discomfort.

## Dieting to GLP-1 Agonists: New Phase

Dr. Kendrick Heywood, Medical Director at Liquivida Wellness Center in Lauderdale Beach, adds that we are no longer solely in the diet phase of weight loss. *"Weight loss still involves diet, exercise, and supplementation—the three pillars of health—but now we enter the GLP-1 agonist stage with medications like Ozempic and the newer Tirzepatide," says Dr. Heywood. "These medications represent the next phase of weight loss, offering more control over blood sugar and appetite."*

## The Benefits of GLP-1 Agonists

Dr. Heywood highlights that, despite rumors about side effects, the benefits of GLP-1 agonists are substantial. *"I've seen patients improve their A1C, get off insulin and metformin, and even improve their cholesterol and kidney function. Losing 30, 40, 50, or even 100 pounds has helped many get off of high blood pressure medications,"* he explains. *"The story of these benefits often goes untold, overshadowed by the discussion of side effects."*

## Success Rates of Semaglutide and Tirzepatide in Weight Loss

However, a critical aspect to consider is the sustainability of weight loss. Studies indicate that 17% to over two-thirds of patients may regain weight after stopping medications like Semaglutide. Dr. Heywood asserts, *"You cannot replace the pillars of health—nutrition, exercise, and supplementation. In my practice, we emphasize these pillars and over 75% of my patients can maintain their weight loss."*

## Semaglutide vs. Tirzepatide—Which One Should You Use?

Choosing between Semaglutide and Tirzepatide for weight loss involves considering individual health needs, potential benefits, and possible side effects. Dr. Christopher Davis, the Chief Medical Officer at Liquivida®, mentions, *"Find a practitioner well-versed with these products. Both Semaglutide and Tirzepatide offer promising solutions for those battling obesity and related metabolic issues. Tirzepatide, in particular, tends to have fewer side effects and greater weight loss benefits, making it an excellent option for individuals who are significantly overweight, have diabetes, or suffer from cardiometabolic syndrome."*

At Liquivida®, our team of dedicated healthcare professionals understands that each journey to better health is unique. With our expertise in Semaglutide and Tirzepatide, we offer personalized solutions designed to meet your medical history, personal preferences, and treatment needs and goals. If you are looking to achieve sustainable weight loss, manage diabetes more effectively, or improve overall health, we're here to support you every step of the way.

Don't wait to take charge of your health. <u>Schedule your consultation with us today</u> and start the journey to a happier, healthier life.

# Set up a consultation at any of our Liquivida® locations today!



# COMMENTS

By clicking confirm, you agree that the phone number you are providing may be used to contact you by Liquivida® (including auto-dialed/auto-selected and prerecorded calls or text/SMS messages) regarding Liquivida's products and services. Msg. and data rates apply. Your consent to such contact is not required for purchase and you may opt out of text messages at any time by texting STOP.

protected by reCAPTCHA
Privacy · Terms

SUBMIT COMMENT

## Sign Up for Blog Updates

By clicking confirm, you agree that the phone number you are providing may be used to contact you by Liquivida® (including auto-dialed/auto-selected and prerecorded calls or text/SMS messages) regarding Liquivida's products and services. Msg. and data rates apply. Your consent to such contact is not required for purchase and you may opt out of text messages at any time by texting STOP.

SUBSCRIBE

## Recent Posts

| Hot Tips for a Cool Summer Body

| From Aging Worries to Ageless Living: The NOVOS Boost Approach

| Choosing Between Semaglutide and Tirzepatide: Which is Right for You?

| Sunny Days, Healthy Ways: NOVOS Core for Skin, Hydration, and Vitality

Book A Session



## THIS POST WAS WRITTEN BY LIQUIVIDA®

9/6/24, 12:35 PM    Choosing Between Semaglutide and Tirzepatide: Which is Right for You?

Case 0:24-cv-61653-RS    Document 1-4    Entered on FLSD Docket 09/06/2024    Page 17 of 32

**RELATED POSTS**



 

About
Press
FAQs
Careers
Executive Team
Medical Team
Company Directory
Vitamin Drips
Long-Term Health
Slow Down Aging
Athletic Performance
Mental Focus
Fight Sickness
Beat a Hangover
Lighten your Skin
Detoxify your Body
Feel Sharper
Age Management
Energy Boosters
Facial Care
Glutathione
Hair Growth
HRT
Lab Testing
Microdermabrasion
Microneedling
Facials
Vitamin D3
Weight Loss
Locations
Fort Lauderdale
Pembroke Pines
Coral Springs
Palm Beach Gardens
Naples
Downtown Ft. Lauderdale
Aventura
South Rim
Phoenix
Marlboro
Middletown
Princeton
Ridgewood
Sarasota
Miami - Brickell
Phoenix - Gonstead
Milford

REQUEST A SESSION

© 2024 Liquivida

9/6/24, 12:25 PM    Case 0:24-cv-61653-RS    Document 1-4    Entered on FLSD Docket 09/06/2024    Page 19 of 32

Choosing between Semaglutide and Tirzepatide: Which is Right for You?



MENU

A Better You

# WEGOVY RECEIVES FDA APPROVAL AS HEART DISEASE PREVENTION DRUG

**by** *Liquivida®* **on** *Apr 8, 2024 10:45:00 AM*

Post        Share    ⓘ **Share** 2



The battle against heart disease, one of the leading causes of death globally, has taken a significant stride forward with the recent approval of Wegovy by the Food and Drug Administration (FDA). The medication in Wegovy, semaglutide, has long been recognized for its efficacy in managing chronic conditions such as diabetes and weight loss. However, this new designation as a heart disease prevention drug marks a groundbreaking development in the realm of preventive medicine and opens up new avenues for combating cardiovascular risks, particularly in overweight and obese patients.

Semaglutide is a class of medications known as GLP-1 (glucagon-like peptide-1) receptor agonists and at Liquivida®, our clients have experienced impressive weight loss results when administered as a once-weekly injectable therapy. Now, with the FDA's stamp of approval, Wegovy is officially recognized as a weapon in the fight against heart disease. Clinical trials have shown that it not only helps people shed pounds but also improves important heart health markers like blood pressure and cholesterol levels. By addressing these risk factors, Wegovy could potentially lower the chances of heart attacks and strokes in high-risk individuals.

In the wake of this approval, healthcare professionals recognize the potential of this therapy to revolutionize preventive care for overweight and obese patients, who face increased risk of cardiovascular disease.Liquivida®, always at the forefront of cutting edge treatments, already offers semaglutide as part of a comprehensive weight management program. Administered under medical supervision, semaglutide can be a game-changer for individuals struggling with obesity and its associated health complications. At Liquivida®, the approval of Wegovy represents a significant milestone in our mission to improve patient outcomes. By harnessing the power of this GLP-1 receptor agonist, we can help patients take proactive steps towards achieving their weight loss goals and make a real difference in preventing heart disease and saving lives.



The FDA approval of Wegovy as a heart disease prevention drug is a motivating moment for preventive medicine. Wellness centers like Liquivida® are dedicated to delivering preventative, potentially life-saving therapies to patients, aligning with our mission of providing holistic approaches in combating chronic diseases. It's a promising step forward in the fight against heart disease, and as we embrace these advancements, we move one step closer to healthier, happier, longer lives.

Set up a consultation at any of our Liquivida® locations today!



## COMMENTS

By clicking confirm, you agree that the phone number you are providing may be used to contact you by Liquivida® (including auto-dialed/auto-selected and prerecorded calls or text/SMS messages) regarding Liquivida's products and services. Msg. and data rates apply. Your consent to such contact is not required for purchase and you may opt out of text messages at any time by texting STOP.

protected by **reCAPTCHA**
Privacy - Terms

**SUBMIT COMMENT**

## Sign Up for Blog Updates

By clicking confirm, you agree that the phone number you are providing may be used to contact you by Liquivida® (including auto-dialed/auto-selected and prerecorded calls or text/SMS messages) regarding Liquivida's products and services. Msg. and data rates apply. Your consent to such contact is not required for purchase and you may opt out of text messages at any time by texting STOP.

**SUBSCRIBE**

## Recent Posts

Hot Tips for a Cool Summer Body

From Aging Worries to Ageless Living: The NOVOS Boost Approach

Choosing Between Semaglutide and Tirzepatide: Which is Right for You?

Sunny Days, Healthy Ways: NOVOS Core for Skin, Hydration, and Vitality

Book A Session



# THIS POST WAS WRITTEN BY LIQUIVIDA®

# RELATED POSTS



 

About

Press

FAQs

Careers

Executive Team

Medical Team

Company Directory

Vitamin Drips

Long-Term Health

Slow Down Aging

Athletic Performance

Mental Focus

Fight Sickness

Beat a Hangover

Lighten your Skin

Detoxify your Body

Feel Sharper

Age Management

Energy Boosters

Facial Care

Glutathione

Hair Growth

HRT

Lab Testing

Microdermabrasion

Microneedling

Facials

Vitamin D3

Weight Loss

Locations

Fort Lauderdale

Pembroke Pines

Coral Springs

Palm Beach Gardens

Naples

Downtown Ft. Lauderdale

Aventura

South Rim

Phoenix

Marlboro

Middletown

Princeton

Ridgewood

Sarasota

Miami - Brickell

Phoenix - Gonstead

Milford

REQUEST A SESSION

© 2024 Liquivida

Privacy Policy | Terms & Conditions | Site Map



MENU





**LIPOTROPIC INJECTIONS**

Affordable and effective.

Burn fat in problem areas and shape your body to your liking. Our lipotropic injections are quick and easy alternatives to trim away fat in areas where your workouts can't.



*How do Lipotropic Injections work?*

Our injections have the compounds necessaries for maintaining a healthy liver, and for burning the exported fat for additional energy.

# Weight loss injections speed up the breakdown of fat using your body's metabolism.

It really maximizes how your body uses its current metabolic process by focusing on burning fat for energy. Lipotropic injections target specific areas you want to slim down. This is a proven and effective method to sculpting your body and maintaining an ideal shape.



## SEMAGLUTIDE

### Affordable and effective.



*Say goodbye to stubborn weight with Semaglutide!*

This powerful medication has been clinically proven to aid in significant weight loss. Whether you're looking to lose a few pounds or make a significant change, Semaglutide can help you reach your goals. With regular use, you'll see results in as little as 12 weeks. Don't let your weight hold you back any longer, ask about Semaglutide today!

Semaglutide is an effective weight loss solution that has been clinically proven to help individuals shed stubborn pounds. This medication works by mimicking the effects of GLP-1, a hormone that regulates appetite and metabolism. Regular use of semaglutide can help suppress cravings and improve satiety, making it easier to maintain a healthy diet and exercise routine. Furthermore, semaglutide has been shown to improve blood sugar and blood pressure levels, making it a great option for those with obesity-related health concerns. With regular use, you can start seeing weight loss results within just 12 weeks.  Read more



### Overall Benefits:

Burn more fat in problem areas.

Weight loss injections give your body more shape.

Start seeing results in just a few weeks.

Enhance fat burn with minimal exercise.

Maintain your body type without having to diet.





## What are your goals?

Boost your Energy

Brighten Your Skin

**Burn Fat**

Exfoliate Your Skin

Feel Stronger

Improve Your Skin

Looking Younger

**Lose Weight**

Nurture Your Body

Rehydrate Your Skin

Reignite Love

Restore Your Skin

Stop Hair-Loss

Strengthen your Body



### 1 (844) LIV-2-100
*1 (844) 548-2-100*

 

About
Press
FAQs
Careers
Executive Team
Medical Team
Company Directory
Vitamin Drips
Long-Term Health
Slow Down Aging
Athletic Performance
Mental Focus
Fight Sickness
Beat a Hangover
Lighten your Skin

Detoxify your Body

Feel Sharper

Age Management

Energy Boosters

Facial Care

Glutathione

Hair Growth

HRT

Lab Testing

Microdermabrasion

Microneedling

Facials

Vitamin D3

Weight Loss

Locations

Fort Lauderdale

Pembroke Pines

Coral Springs

Palm Beach Gardens

Naples

Downtown Ft. Lauderdale

Aventura

South Rim

Phoenix

Marlboro

Middletown

Princeton

Ridgewood

Sarasota

Miami - Brickell

Phoenix - Gonstead

Milford

REQUEST A SESSION

© 2024 Liquivida

Privacy Policy | Terms & Conditions | Site Map