AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOVO NORDISK A/S and NOVO NORDISK INC,

    Plaintiffs,

CIVIL ACTION NO. 24-cv-61653-RS

v.

LIQUIVITA, LLC and LQV LAUDERDALE BEACH, LLC

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

**TO:**    **LQV LAUDERDALE BEACH, LLC**
**℅ REGISTERED AGENT: SHAYNA D. TEJADA**
**3708 N OCEAN BLVD**
**FORT LAUDERDALE, FL 33308**

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the Plaintiff an Answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The Answer or motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address are:

Jordan S. Cohen, Esquire
Wicker Smith O'Hara McCoy & Ford, P.A.
515 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
(954) 847-4834

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint.  You also must file your Answer or motion with the Court.

Date: Sep 9, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Bernard
Deputy Clerk
U.S. District Courts